# United States District Court
## Violation Notice

**CVB Location Code**
M6H

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBDG00B0 | Bolte | 2197 |

FBDG00B0

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 02/20/2026 15:45 | FED 36CFR261.10O |

Place of Offense
Doe Creek/Buck Ridge

Offense Description: Factual Basis for Charge
Use NFS lands without a special use authorization

HAZMAT ☐

## DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| NOORLANDER | RUDY | |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | | |

☐ Adult  ☐ Juvenile  Sex ☐ M ☐ F  | Race | Hair | Eyes | Height | Weight |

### VEHICLE

VIN: 1G5GK26M0FF504995    CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| SNMBLR2 | MT | 1985 | GMC/Suburban | ☐ | BRO |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 500.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| $ 530.00 | Total Collateral Due |

PAY THIS AMOUNT

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address
2601 2nd Ave N, Billings, Montana 59101

Date (mm/dd/yyyy)
05/12/2026

Time (hh:mm)
09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FBDG00B0

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____02/20/2026_____ while exercising my duties as a law enforcement

officer in the _____ District of _____MT_____

Pursuant to 16USC 551: I, Law Enforcement Officer Brad Bolte, issued the defendant, Rudy NOORLANDER, a violation notice for 36 CFR 261.10(o) – Use or occupancy of National Forest System lands or facilities without a special use authorization, contract, approved plan of operations, or other written authorization when that written authorization is required.

Prior to contacting NOORLANDER, I had received multiple complaints that he was outfitting/guiding snowmobile trips on National Forest Land near Buck Ridge. NOORLANDER does not have a special use permit, which is required by the USDA Forest Service for commercial outfitting and guiding services.  Guiding is a commercial activity involving leading or assisting clients on forest lands in exchange for payment.  The regulatory reference is under 36CFR251.51, which governs commercial uses and special-use authorizations on National Forest lands.

Prior to contacting NOORLANDER, I saw his vehicle parked at the bottom of Doe Creek Road, which is a common access point to Buck Ridge.  While waiting at the bottom, I saw four people on snowmobiles come down the road and stop near NOORLANDER'S vehicle and trailer.  I first contacted a male who identified himself at Wyatt Hungate.  Hungate said that he was riding with NOORLANDER, who he knows well, but did not know the other two people that were riding with them.

I then contacted the other two people who Hungate said he did not know.  The male identified himself as Mark Berger and he said the other person (female) was Onii.  Berger said that he was from New Jersey and it was their first time in Montana.  When I asked how they knew where to go, Berger mentioned that NOORLANDER pointed out directions of where to go.  Berger also stated that they hired NOORLANDER as their guide.

After speaking with Berger, I contacted NOORLANDER and advised him that he was in violation of National Forest Regulations by guiding clients on National Forest Land.  I collected NOORLANDER's driver's license and confirmed his identity. I then issued this

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

_____02/20/2026_____                   _____
Date (mm/dd/yyyy)            Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:                   _____

_____          _____
Date (mm/dd/yyyy)            U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;       PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;            CMV = Commercial vehicle involved in incident